## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

RAYMOND BROWN,

     Plaintiff,

     v.

R. BAKER, *et al.*,

     Defendants.

CIVIL ACTION NO. 3:26-cv-01640

(SAPORITO, J.)

## ORDER

Plaintiff, Raymond Brown, currently incarcerated at the State Correctional Institution at Dallas, Pennsylvania, lodged this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 without a proper application to proceed *in forma pauperis* or submitting the filing fee. (Doc. 1).

Accordingly, on June 15, 2026, an Administrative Order issued in this case informing plaintiff that this action would not proceed unless plaintiff, within thirty (30) days of the date of the Administrative Order, either: (1) tendered to the "Clerk, U.S. District Court" payment in the amount of $405.00, which represented a statutory filing fee in the amount of $350.00 and a $55.00 Administrative Fee; **or** (2) filed a properly completed and signed application to proceed *in forma pauperis*. An

appropriate application to proceed *in forma pauperis* was enclosed with the Administrative Order. Plaintiff was advised that failure to comply with the terms of the Administrative Order within thirty (30) days would cause the case to be dismissed without prejudice. (Doc. 3).

More than thirty (30) days have elapsed and plaintiff has not paid the filing fee, or requested an extension of time in which to pay the fee or submit the appropriate application to proceed *in forma pauperis*.

**THEREFORE**, **IT IS HEREBY ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

Dated: July 24, 2026                    *s/Joseph F. Saporito, Jr.*
                                        JOSEPH F. SAPORITO, JR.
                                        United States District Judge

- 2 -